U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 16 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TROY LEE CARROLL | CIVIL ACTION 6-0297 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| JO ANNE BARNHART, Commissioner | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

Considering the foregoing Motion for Attorney's fees pursuant to the Equal Access to Justice Act, and concurring with the Magistrate Judge's Recommendation, there having been no objections to it filed,

IT IS ORDERED that plaintiff Troy Lee Carroll be awarded attorney's fees in the amount of $1,953.50 payable on his behalf to his attorney, William J. Ziegler, Jr.

Thus done and signed on the 16th day of February, 2007.

Hon. Dee D. Drell
U. S. District Judge